JOHN EICHHORST (No. 139598)
EDWARD B. MULLEN III (No. 194868)
KATHLEEN S. MORRIS (No. 196672)
KEVIN H. LEWIS (No. 197421)
HOWARD, RICE, NEMEROVSKI,
    CANADY,
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4065
Telephone: 415/434-1600
Facsimile: 415/217-5910

JOHN L. ROZIER
NELSON, ROZIER & BETTENCOURT
3924 West Caldwell, Suite A
Visalia, CA 93277
Telephone: 559/713-0159
Facsimile: 559/713-0166

Attorneys for Defendants VISALIA UNIFIED SCHOOL DISTRICT, CARLYN LAMBERT, sued only in her official capacity, LINDA GONZALES, BOB CESENA, GIG STEVENS AND JUAN GARCIA

ANN BRICK (No. 65296)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
1663 Mission Street, Suite 460
San Francisco, California 94103
Telephone: 415/621-2493
Facsimile: 415/255-8437

Attorneys for Plaintiffs
GAY-STRAIGHT ALLIANCE NETWORK
and GEORGE LOOMIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAY STRAIGHT ALLIANCE NETWORK and GEORGE LOOMIS, <br><br> Plaintiffs, <br><br> v. <br><br> VISALIA UNIFIED SCHOOL DISTRICT, by and through its Board of Education; CARLYN LAMBERT, Superintendent; LINDA GONZALES, former Superintendent; BOB CESENA, Principal; GIG STEVENS, Assistant Principal, JUAN GARCIA; and Does 1-25, inclusive, <br><br> Defendants. | No. Civ. F-00-6616 OWW/LJO <br><br> Action Filed: September 29, 2000 <br><br> STIPULATION AND ORDER RE: TRIAL DATE AND CASE MANAGEMENT DEADLINES |

**LODGED**

MAR 1 2 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

STIPULATION AND ORDER EXTENDING/VACATING TRIAL DATE AND OTHER DEADLINES

On January 31, 2002, this Court entered a stipulation and order granting the parties' request to extend and/or vacate the trial date and case management deadlines in this case while the parties continued to negotiate a settlement and attended a resumed settlement conference before Magistrate Judge Beck. The Court's January 31, 2002 stipulation and order also provided that should the case not settle at the resumed settlement conference, the parties would agree upon and present to the Court a new trial date and appropriate case management deadlines.

The parties attended the resumed settlement conference with Judge Beck on January 29, 2002 and while substantial progress towards a resolution was made, the parties were unable to reach a complete settlement at that time. Since January 29, 2002, however, the parties have continued their settlement discussions and they would like to continue these negotiations in hopes that a full and final settlement may be finalized by April 15, 2002. In light of these efforts, good cause exists to postpone setting trial dates and case management deadlines until April 15, 2002 while these settlement negotiations continue. The parties further stipulate that should this case not by April 15, 2002, their attorneys will propose a new trial date and appropriate case management deadlines to present to the Court by April 19, 2002.

DATED: March 7, 2002.

Respectfully,

KEVIN H. LEWIS
HOWARD, RICE, NEMEROVSKI, CANADY,
   FALK & RABKIN
A Professional Corporation

By: _____
           KEVIN H. LEWIS

Attorneys for Plaintiffs GAY STRAIGHT ALLIANCE NETWORK and GEORGE LOOMIS

STIPULATION AND ORDER RE: TRIAL DATE AND OTHER DEADLINES
-1-

1  DATED: March 8, 2002

JOHN L. ROZIER
NELSON, ROZIER & BETTENCOURT

By: _____
JOHN L. ROZIER
Attorneys for Defendants

**IT IS SO ORDERED.**

DATED: March 13, 2002.

_____
The Honorable Oliver W. Wagner

WD 030702/1-1410501/980149/v1

United States District Court
for the
Eastern District of California
March 14, 2002

\* \* CERTIFICATE OF SERVICE \* \*

1:00-cv-06616

Loomis

   v.

Visalia Unified Dist

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  March 14, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    George S Loomis                         OWW LJO
    1228 E Elizabeth
    Fresno, CA   93728

    John Laurence Rozier
    Nelson Rozier and Bettencourt
    3924 West Caldwell Avenue
    Suite A
    Visalia, CA   93277

    John Elliott Eichorst
    Howard Rice Nemerovski Canady Falk and Rabkin
    Three Embarcadero Center
    Suite 700
    San Francisco, CA   94111


Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk